JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY TUCKER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OSMOSE UTILITIES SERVICES, INC., a Delaware Corporation, and DOES 1 TO 50,<br><br>Defendants. | Case No.: CV 22-6577-DMG (SKx)<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE [20]** |

Pursuant to the parties' stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT the above-captioned action is DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.  All scheduled dates and deadlines are VACATED.

DATED:  February 23, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE